NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1470

LUCKY LITTER, LLC,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

APPLICA CONSUMER PRODUCTS, INC.,

Intervenor,

and

WATERS RESEARCH COMPANY,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-625.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

Applica Consumer Products, Inc. and Waters Research Company move without opposition for leave to intervene.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

**SEP 1 7 2009**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Eric C. Cohen, Esq.
Mark B. Rees, Esq.
Jeffrey D. Mills, Esq.
Vance L. Liebman, Esq.

s20



**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**SEP 1 7 2009**

**JAN HORBALY**
**CLERK**

2009-1470                          - 2 -